VICTORIA ANNE STEELE, MINOR, BY HER NEXT FRIEND, BEATRICE C.
TROTTER, v. GEORGE EDISON BROWN, ORIGINAL DEFENDANT, AND
HERBERT RUSSELL YORK, ADDITIONAL DEFENDANT.

(Filed 10 May, 1961.)

APPEAL by original defendant George Edison Brown from *Preyer, J.,*
28 November 1960 Term of RANDOLPH.

Civil action to recover damages for personal injuries allegedly caus-
ed by the actionable negligence of the original defendant George Edi-
son Brown.

The plaintiff Virginia Anne Steele was riding as a passenger in an
automobile driven by Betty Ann Stockwell on 17 August 1959, when
the Stockwell automobile was involved in a collision with an auto-
mobile driven by defendant Brown. Plaintiff's case was consolidated
and tried with the case of Betty Ann Stockwell, minor, by her next
friend, George E. Stockwell, against the same defendants here, which
case is reported *ante* 662, 119 S.E. 2d 795, and is hereby referred to
for the pleadings, for the facts, and for the bringing in of the additional
defendant York by the original defendant Brown. The complaint of
the plaintiff here, with the exception of a description of her injuries,
and the answer of the defendant Brown are identical with the plead-
ings in the *Stockwell* case, except as to the description of Betty Ann
Stockwell's injuries in her complaint. The evidence is the same in both
cases. Separate appeals were brought up in each case.

Separate issues were submitted in the instant case, which are iden-
tical with the issues submitted in the *Stockwell* case, and they were
answered identically as the issues were answered in the *Stockwell* case,
except that in the instant case the damages awarded were $3,750.00.

Plaintiff at the suggestion of the court agreed to a *remittitur* in
the verdict in the sum of $1,875.00. Whereupon, the court entered
judgment that plaintiff recover from the original defendant Brown
the sum of $1,875.00 with costs, and that the original defendant Brown
recover from the additional defendant York the sum of $937.50 with
one-half of the costs as contribution by virtue of G.S. 1-240.

From the judgment the original defendant Brown appeals.

*Miller & Beck By: Adam W. Beck for plaintiff, appellee.*
*Coltrane & Gavin By: T. Worth Coltrane for defendant, appellant.*

PER CURIAM.  The assignments of error by defendant Brown in this
case are identical with his assignments of error in the *Stockwell* case,
with the exception that here there is no assignment of error to the
evidence. The briefs in both cases are the same, with the exception

of a discussion in the briefs in the *Stockwell* case of the challenged evidence in Betty Ann Stockwell's testimony as to the need of an operation, if she wants to wear hose.

Upon authority of the *Stockwell* case, *ante* 662, 119 S.E. 2d 795, we hold that the trial court properly overruled defendant Brown's motion for a judgment of involuntary nonsuit renewed at the close of all the evidence.

The other assignments of error are without merit, and are overruled. In the trial below we find

No error.